IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DOUGLAS M. WILLIAMS,

      Petitioner,

v.

      Case No. 5D23-1405
      LT Case No. 2019-CF-001503-A

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 28, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender, and Daniel Jordan Snow, Assistant Public Defender, Bushnell, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 20, 2023, judgment and sentence rendered in Case No. 2019-CF-

001503-A, in the Circuit Court in and for Sumter County, Florida.  <u>See</u> Fla.

R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, WALLIS and KILBANE, JJ., concur.